JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNAKA SYLVESTER,
Petitioner,
v.
DEPARTMENT OF HOMELAND SECURITY, et al.
Respondents.

Case No. 5:26-cv-03496-SRM-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Grounds 1 and 2 of the First Amended Petition are granted, and Grounds 3 and 4 are dismissed as moot.

DATED: September 16, 2026

SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE